**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7895

COLIN E. COTA,

Plaintiff - Appellant,

versus

GENE JOHNSON; FRED SCHILLING; PAUL GREENE; D.
A. BRAXTON; J. ARMENTROUT; C. E. YATES; JOHN
DOES,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (CA-03-782-SGW)

Submitted:  April 20, 2005        Decided:  April 29, 2005

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Colin E. Cota, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Peter Duane
Vieth, WOOTENHART, P.L.C., Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Colin E. Cota appeals the district court's order adopting in part the report and recommendation of the magistrate judge and granting summary judgment to Defendants as to Cota's claims under 42 U.S.C. § 1983 (2000) of deliberate indifference to his serious medical needs. We have reviewed the record and find no reversible error. Accordingly, we deny his motion for appointment of counsel and affirm on the reasoning of the district court. See Cota v. Johnson, No. CA-03-782-SGW (W.D. Va. filed Nov. 5, 2004; entered Nov. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED